**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61320-EA**

**Paul Meynardier-Segura,**

     Petitioner,

v.

**Warden, Broward Transitional Center,
Todd Blanche,
Todd Lyons,
U.S. Attorney for the Southern District of Florida,**

     Respondents.

_____/

## ORDER TRANSFERRING PETITION

This cause comes before the Court on sua sponte review of the record. On June 12, 2026, the petitioner filed a notice of subsequent event indicating that he has been transferred to the Adams County Correctional Center in Natchez, Mississippi. ECF No. 6. Natchez, Mississippi is in the Southern District of Mississippi. 28 U.S.C. § 104. Thus, this Court now lacks jurisdiction over the petition. *See* 28 U.S.C. § 2241(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **TRANSFER** this petition to the United States District Court for the Southern District of Mississippi.

2. This **CASE IS CLOSED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 15th day of June 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Arno Javier Lemus, III**
Lemus Law Group, LLC
1024 NW 102 PLACE
Miami, FL 33172
786-816-2795
Email: arno@lemus.org

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Lair A. Hall, II**
Broward County Attorney's Office
115 South Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
954-357-5722
Email: lair.hall@usdoj.gov